```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

SISAVANH KEOMONGKOUT          ]
    Petitioner,            ]
                              ]
v.                            ]     No. 3:12-0055
                              ]     Judge Campbell
DAVID OSBORNE, WARDEN         ]
    Respondent.            ]


**O R D E R**

The petitioner is an inmate at the Morgan County Correctional Complex in Wartburg, Tennessee. He has submitted a *pro se* petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus, and an application to proceed in forma pauperis (Docket Entry No.2).

A prisoner seeking pauper status must provide the Court with a properly notarized statement from the custodian of his inmate trust account showing what, if any, balance is in the account. Administrative Order No.93. Unfortunately, the petitioner has neglected to provide such a statement.

Accordingly, the petitioner is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the full filing fee of five dollars ($5.00) or submit the aforementioned notarized statement from the custodian of his inmate trust account.

The petitioner is forewarned that, should he fail to timely comply with the instructions of the Court, his application to proceed in forma pauperis will be denied and this action will be dismissed for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

*Todd Campbell*
Todd Campbell
United States District Judge